**Dismissed and Memorandum Opinion filed April 4, 2019.**



**In The**

# Fourteenth Court of Appeals

### NO. 14-19-00208-CR

### CHARLIE ANTONIO MONTIEL, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 351st District Court
Harris County, Texas
Trial Court Cause No. 1571636**

### MEMORANDUM  OPINION

Appellant entered a guilty plea to driving while intoxicated. In accordance with the terms of a plea bargain agreement with the State, the trial court sentenced appellant to confinement for ten years in the Institutional Division of the Texas Department of Criminal Justice. We dismiss the appeal.

The trial court entered a certification of the defendant's right to appeal in which the court certified that this is a plea bargain case, and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The trial court's certification is

included in the record on appeal. *See* Tex. R. App. P. 25.2(d). The record supports the trial court's certification. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005).

Accordingly, we dismiss the appeal.

PER CURIAM

Panel consists of Justices Christopher, Hassan, and Poissant.
Do Not Publish — Tex. R. App. P. 47.2(b)